|   |   |
|---|---|
| 1 |   |
| 2 |   |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmundo Vazquez Vazquez,       ) | No. CV-09-1051-PHX-GMS |
| )   | |
| Plaintiff,       )   | **ORDER** |
| )   | |
| v.         )   | |
| )   | |
| )   | |
| O'Steen, et al.,,        )   | |
| )   | |
| Defendants.        )   | |
| )   | |
| _____) | |

Pending before the Court are Plaintiff's Civil Rights Complaint and United States Magistrate Judge Aspey's Report and Recommendation ("R&R"). Dkt. ## 1, 15. The R&R recommends that the Court dismiss the complaint without prejudice. Dkt. # 15 at 4.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the Complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or

return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Aspey's R&R (Dkt. # 15) is **accepted**.
2. Plaintiff's Complaint (Dkt. # 1) is **dismissed without prejudice**.
3. The Clerk of Court shall **terminate** this action.

DATED this 8th day of February, 2010.

_G. Murray Snow_
G. Murray Snow
United States District Judge